

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MS
F. #2024R00303

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2025

<u>By ECF</u>

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Natalya Mazulina
                  <u>Docket No. 24-CR-493 (EK)</u>

Dear Judge Komitee:

        The government has no objection to the defendant's request, *see* ECF No. 28, to remove the restriction limiting contact with Katrina Shneyder, so long as the defendant is still prohibited from discussing with Ms. Shneyder the case, Delex, and anything related to their work at Delex.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:    <u>/s/ Matthew Skurnik</u>
        Matthew Skurnik
        Assistant U.S. Attorneys
        (718) 254-6231

cc:    Clerk of court (EK) (by ECF)
       Counsel for defendant (by ECF)